No. 92–166.  KEENE CORP. *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari granted.

No. 92–351.  HELLER, SECRETARY, KENTUCKY CABINET FOR HUMAN RESOURCES *v.* DOE, BY HIS MOTHER AND NEXT FRIEND, DOE, ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 92–190.  UNITED STATES *v.* IDAHO EX REL. DIRECTOR, IDAHO DEPARTMENT OF WATER RESOURCES.  Sup. Ct. Idaho. Motion of Nez Perce Tribe et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted.

No. 92–5129.  SULLIVAN *v.* LOUISIANA.  Sup. Ct. La.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–8345.  DEUTSCHER *v.* HATCHER, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 91–8503.  HAZEL *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–8580.  REDD *v.* BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 92–21.  STOCKSTILL ET AL. *v.* SHELL OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–81.  ELLIS *v.* CARD, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–93.  SNEEDE ET AL. *v.* KIZER, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–168.  WARREN *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.